IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TAMARA ROWLEY MULDER,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT MATTHEW MULDER<br><br>Respondent. | MEMORANDUM DECISION AND ORDER DENYING RESPONDENT'S MOTION TO COMPEL DISCOVERY<br><br><br>Case No. 2:05-CV-919 TS |

On January 4, 2006, the Court dismissed this case for lack of jurisdiction.[1] Thereafter, Respondent filed the present Motion.[2] Since the Court does not have jurisdiction over this matter, Respondent's Motion to Compel Discovery (Docket No. 18) is DENIED.

DATED   February 9, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] Docket No. 17.

[2] Docket No. 18.